## CONSENT AND RELEASE FORM

By signing and returning this form, I consent to opt into the lawsuit, *Benjamin Bleich v. Cleveland Brewing Company, LLC*, Case No. 1:21-cv-01891-JG (the "Lawsuit"), pending in the U.S. District Court for the Northern District of Ohio.

**I understand that I will receive an Individual Payment for unpaid minimum wages in the amount of $828.93, less applicable withholdings.** One half of the Individual Payment will be treated as payment for wages, for which employees will receive a W-2 payment, less federal and state tax withholdings, garnishments, child support, and other deductions required by law and the other half shall be reported to the IRS as non-wage income on a Form 1099-MISC.

I agree to be represented by The Lazzaro Law Firm and to be bound by the settlement. I consent to the dismissal of the Lawsuit and my claims by and through Representative Plaintiff. I designate Representative Plaintiff Benjamin Bleich and The Lazzaro Law Firm, LLC to execute all appropriate documents to effectuate my payment and the settlement of the Lawsuit.

I hereby release Cleveland Brewing Company, LLC and all of its former, current and respective owners, partners, officers, directors, employees, agents, attorneys, parents, predecessors, successors, subsidiaries, and related and affiliated entities from all federal and state wage-and-hour claims, rights, demands, liabilities and causes of action asserted in Plaintiff's Complaint or that are based on or that arise out of the transactions or occurrences, or series of transactions or occurrences, that are the subject matter of Plaintiff's Complaint, including but not limited to claims for unpaid wages, unpaid overtime compensation, tips, liquidated damages, statutory damages, interest, attorneys' fees, and expenses, pursuant to the Fair Labor Standards Act and the Ohio Minimum Fair Wage Standards Act, for the Released Period. The Released Period is the period between October 5, 2018 and May 11, 2022.

**<u>I have carefully read and fully understand all items in this agreement and am voluntarily signing it.</u>** I understand that if I have any questions, I know I have the right to discuss this agreement with The Lazzaro Law Firm. I also understand that any issues relating to this agreement will be addressed under the laws of the State of Ohio.

**PLEASE READ AND CONSIDER THIS AGREEMENT CAREFULLY BEFORE EXECUTING THIS AGREEMENT. THIS AGREEMENT INCLUDES A RELEASE OF ALL WAGE AND HOUR CLAIMS.**

**Ronan Rush**
**1601 Mars Ave,**
**Lakewood, Ohio 44107**

Signature: _[signature]_  Date: 6/2/22

*Please make any address corrections:*  *Please provide your phone number and email address:*

Street Address: _____  Phone: 216-302-5323

City, State, Zip: _____  Email: ronanrush115@gmail.com

eSign via PDF or return to:
The Lazzaro Law Firm, LLC / The Heritage Building, Suite 250 / 34555 Chagrin Blvd. / Moreland Hills, Ohio 44022
Fax: 216-696-7005
Email: consent@lazzarolawfirm.com
**Must be eSigned, postmarked, faxed, or emailed by July 1, 2022**